UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSALIO M. PEREZ,<br><br>     Plaintiff,<br><br>vs.<br><br>TK HOLDINGS INC.,<br><br>     Defendant. | NO. CV-10-0445-JLQ<br><br>ORDER DIRECTING ENTRY<br>OF JUDGMENT AND CLOSING<br>FILE |

BEFORE THE COURT is the Joint Motion for Dismissal (ECF No. 11) wherein the parties agree to dismiss the matter with prejudice and without an award of costs.

**IT IS HEREBY ORDERED:**

1. The Joint Motion (ECF No. 11) is **GRANTED**.

2. The Clerk of the court shall enter Judgment dismissing with prejudice the Complaint (ECF No. 1) and the claims therein, without costs or attorney fees to either party.

**IT IS SO ORDERED**. The Clerk of the court is directed to file this Order, enter Judgment, furnish copies to counsel, and close this file.

Dated October 12, 2011.

                    s/ Justin L. Quackenbush
                   JUSTIN L. QUACKENBUSH
           SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1                                    1