AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ROSALIO M. PEREZ,

                Plaintiff,

v.

TK HOLDINGS, INC.,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-00445-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint, and the claims therein, is dismissed with prejudice and without costs or attorney fees to either party.

October 12, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson